Eugene B. Elliot, CA State Bar No. 111475
Michael C. Wenzel, CA State Bar No. 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
MENDOCINO-LAKE
COMMUNITY COLLEGE DISTRICT


Susan Sher, WA State Bar No. 14210
Law Offices of Susan Sher
116 South State Street
Ukiah, CA 95482
Telephone: (707) 463-1196
Facsimile:  (707) 462-6258
Email: ssher@pacific.net

Attorney for Plaintiff
DUNCAN McMARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN McMARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT<br><br>    Defendants. | Case No. 3:12-cv-02446-RS<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT;**<br>[~~PROPOSED~~] ORDER |

### **STIPULATION**

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1. On May 14, 2012, Plaintiff filed the Complaint initiating the above-captioned action against the MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT ("DISTRICT").

1      2. On May 18, 2012, Plaintiff served the Complaint on the MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT.

3      3. The DISTRICT's responsive pleading is presently due June 8, 2011.

4      4. Plaintiff's complaint contains one hundred and thirty-eight separate paragraphs.

5      5. To permit the DISTRICT sufficient time to review the pleading, the parties stipulate to extend the time for defendant to respond to the Complaint through and including June 22, 2012.

**IT IS SO STIPULATED.**

BERTRAND, FOX & ELLIOT

Dated: June 1, 2012    By: /s/ *Michael C. Wenzel, Esq.*
    Michael C. Wenzel, Esq.
    Attorneys for Defendant
    MENDOCINO-LAKE
    COMMUNITY COLLEGE DISTRICT

LAW OFFICES OF SUSAN SHER

Dated: June 1, 2012    By: /s/ *Susan Sher, Esq.*
    Susan Sher, Esq.
    Attorneys for Plaintiff
    DUNCAN McMARTIN

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation for an extension of time through and including June 22, 2012 within which to file a responsive pleading to Plaintiff's Complaint is hereby GRANTED.

DATED: 6/1, 2012    _____
    UNITED STATES DISTRICT COURT JUDGE