Eugene B. Elliot, CA State Bar No. 111475
Michael C. Wenzel, CA State Bar No. 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
MENDOCINO-LAKE
COMMUNITY COLLEGE DISTRICT

Susan Sher, WA State Bar No. 14210
Law Offices of Susan Sher
116 South State Street
Ukiah, CA 95482
Telephone: (707) 463-1196
Facsimile:  (707) 462-6258
Email: ssher@pacific.net

Attorney for Plaintiff
DUNCAN McMARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN McMARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>MENDOCINO-LAKE COMMUNITY<br>COLLEGE DISTRICT<br><br>        Defendants. | Case No. 3:12-cv-02446-RS<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT;<br>[~~PROPOSED~~] ORDER** |

## STIPULATION

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1.     On May 14, 2012, Plaintiff filed the Complaint initiating the above-captioned action against the MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT ("DISTRICT").

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT;
[~~PROPOSED~~] ORDER

2.    On May 18, 2012, Plaintiff served the Complaint on the MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT.

3.    The DISTRICT's responsive pleading is presently due June 8, 2011.

4.    Plaintiff's complaint contains one hundred and thirty-eight separate paragraphs.

5.    To permit the DISTRICT sufficient time to review the pleading, the parties stipulate to extend the time for defendant to respond to the Complaint through and including June 22, 2012.


**IT IS SO STIPULATED.**

BERTRAND, FOX & ELLIOT

Dated: June 1, 2012             By: /s/ *Michael C. Wenzel, Esq.*
                                Michael C. Wenzel, Esq.
                                Attorneys for Defendant
                                MENDOCINO-LAKE
                                COMMUNITY COLLEGE DISTRICT


LAW OFFICES OF SUSAN SHER

Dated: June 1, 2012             By: /s/ *Susan Sher, Esq.*
                                  Susan Sher, Esq.
                                  Attorneys for Plaintiff
                                  DUNCAN McMARTIN


## <u>ORDER</u>

GOOD CAUSE APPEARING THEREFORE, the stipulation for an extension of time through and including  June 22, 2012 within which to file a responsive pleading to Plaintiff's Complaint is hereby GRANTED.


DATED: _____6/1_____, 2012    _____
                                              UNITED STATES DISTRICT COURT JUDGE

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT;
[~~PROPOSED~~] ORDER