Eugene B. Elliot, CA State Bar No. 111475
Michael C. Wenzel, CA State Bar No. 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
MENDOCINO-LAKE
COMMUNITY COLLEGE DISTRICT


Susan Sher, WA State Bar No. 14210
Law Offices of Susan Sher
116 South State Street
Ukiah, CA 95482
Telephone: (707) 463-1196
Facsimile:  (707) 462-6258
Email: ssher@pacific.net

Attorney for Plaintiff
DUNCAN McMARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN McMARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT<br><br>    Defendants. | Case No. 3:12-cv-02446-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLIANCE DATE** |

Defendant MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT and plaintiff DUNCAN MCMARTIN, by and through their respective attorneys of record, hereby stipulate as follows:

1.     The parties appeared for an initial case management conference on August 23, 2012. Pursuant to this Court's Pretrial Order dated August 24, 2012, the following discovery and dispositive motion deadlines were set:

1   (A)   Non-Expert Discovery to be completed by 08-02-13;

2   (B)   Expert Discovery to be completed by 10-18-13;

3   (C)   All Pre-Trial motions to be heard by 01-09-14

4   (D)   Final Pre-Trial Conference to be held 03-13-14

5   (e)   Trial to commence 03-24-14

6   2.   The parties were further referred to mediation on August 24, 2012 and were ordered to complete the mediation within 120 days of August 24, 2012 (December 22, 2012). The parties were assigned to mediator Jeffrey Wohl and agreed to schedule mediation for December 10, 2012.

3.   The parties agreed at the Conference that they would limit themselves to one witness/party deposition per side prior to mediation.

4.   Plaintiff's deposition was commenced on November 1, 2012, the soonest date practical after the parties propounded and responded to initial necessary discovery. The deposition could not be completed on November 1, 2012. To date, approximately six hours of deposition time has been taken. The parties are presently meeting and conferring regarding the reasonably appropriate additional deposition time needed to complete the deposition, but have agreed to additional time. The parties contemplate scheduling that continued deposition for late November/early December, as counsel for defendant is scheduled to be on vacation from November 19 through November 25, 2012.

5.   Plaintiff took a single pre-mediation deposition of a key witness on November 6, 2012.

6.   To be adequately prepared in advance of mediation, defendant needs to further depose plaintiff. Following the deposition, counsel for defendant needs time to advise and meet with his clients in advance of deposition. Absent completing the foregoing, defendant will be unable to meaningfully participate in mediation.

7.   The parties do not intend to and are not seeking to expand any pre-mediation discovery not contemplated at and agreed to at the initial Case Management Conference of August 23, 2012. The parties are only requesting additional time so that plaintiff can be further deposed and defendant can adequately prepare for mediation.

8.   The parties have consulted with mediator Jeffrey Wohl and have obtained two dates in January (January 8, 2012 and January 30, 2012) for which he is available. The parties will be unable to

confirm the exact date of mediation until November 20, 2012 at the earliest, as a key participant to the mediation is presently unreachable until November 20, 2012 due to a death in the family.

9. For all the good cause reasons stated above, the parties respectfully request this Court extend the parties' deadline to complete mediation until January 30, 2013, so that the parties can complete necessary discovery.

10. The parties' request for extension of the mediation compliance deadline will not interfere with the presently scheduled pretrial and trial dates set by the Court. The parties have submitted no prior stipulations to alter any deadlines set by the Court.

11. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

IT IS SO STIPULATED.

BERTRAND, FOX & ELLIOT

Dated: November 15, 2012          By: /s/ *Michael C. Wenzel, Esq.*
                                  Eugene B. Elliot, Esq.
                                  Michael C. Wenzel, Esq.
                                  Attorneys for Defendant
                                  MENDOCINO-LAKE
                                  COMMUNITY COLLEGE DISTRICT


LAW OFFICES OF SUSAN SHER

Dated: November 15, 2012          By: /s/ *Susan Sher, Esq.*
                                  Susan Sher, Esq.
                                  Attorneys for Plaintiff
                                  DUNCAN McMARTIN

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The deadline for the parties to complete mediation shall be continued until January 30, 2013.

**IT IS SO ORDERED.**

DATED:  11/15/12          _____
                          HONORABLE RICHARD SEEBORG
                          United States District Judge