Eugene B. Elliot, CA State Bar No. 111475
Michael C. Wenzel, CA State Bar No. 215388
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
MENDOCINO-LAKE
COMMUNITY COLLEGE DISTRICT

Susan Sher, WA State Bar No. 14210
Law Offices of Susan Sher
116 South State Street
Ukiah, CA 95482
Telephone: (707) 463-1196
Facsimile:  (707) 462-6258
Email: ssher@pacific.net

Attorney for Plaintiff
DUNCAN McMARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN McMARTIN,<br><br>      Plaintiff,<br><br>v.<br><br>MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT<br><br>      Defendant. | Case No. 3:12-cv-02446-JST<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

---

1

STIPULATION TO DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
*McMartin v. Mendocino-Lake Community College*
U.S.D.C. Northern District of CA Case No. 3:12-cv-02446-JST

## STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff DUNCAN McMARTIN, by and through his attorneys of record, and defendant MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Dated: April 9, 2013                                BERTRAND, FOX & ELLIOT

By:     */s/ Michael Wenzel*
          Michael C. Wenzel
          Attorneys for Defendant
          MENDOCINO-LAKE COMMUNITY
          COLLEGE DISTRICT

Dated: April 9, 2013                                LAW OFFICES OF SUSAN SHER

By:     */s/ Susan Sher*
          Susan Sher
          Attorneys for Plaintiff
          DUNCAN McMARTIN

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: April 9, 2013                                _____
                                                                    HON.
                                                                    United S

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

2

STIPULATION TO DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
*McMartin v. Mendocino-Lake Community College*
U.S.D.C. Northern District of CA Case No. 3:12-cv-02446-JST