1 | Eugene B. Elliot, CA State Bar No. 111475
2 | Michael C. Wenzel, CA State Bar No. 215388
    | BERTRAND, FOX & ELLIOT
3 | 2749 Hyde Street
    | San Francisco, California 94109
4 | Telephone: (415) 353-0999
    | Facsimile:  (415) 353-0990
5 | Email: mwenzel@bfesf.com

6
    | Attorneys for Defendant
7 | MENDOCINO-LAKE
    | COMMUNITY COLLEGE DISTRICT
8

9
    | Susan Sher, WA State Bar No. 14210
10 | Law Offices of Susan Sher
    | 116 South State Street
11 | Ukiah, CA 95482
    | Telephone: (707) 463-1196
12 | Facsimile:  (707) 462-6258
    | Email: ssher@pacific.net
13

14 | Attorney for Plaintiff
    | DUNCAN McMARTIN
15

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19 | DUNCAN McMARTIN,
20 |     Plaintiff,                    | Case No. 3:12-cv-02446-JST
21 | v.
22 | MENDOCINO-LAKE COMMUNITY          | **STIPULATION TO DISMISSAL**
23 | COLLEGE DISTRICT                  | **WITH PREJUDICE AND [PROPOSED] ORDER**
24 |     Defendant.

25

26

27

28

1

STIPULATION TO DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
*McMartin v. Mendocino-Lake Community College*
U.S.D.C. Northern District of CA Case No. 3:12-cv-02446-JST

## STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff DUNCAN McMARTIN, by and through his attorneys of record, and defendant MENDOCINO-LAKE COMMUNITY COLLEGE DISTRICT by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO STIPULATED.**

Dated: April 9, 2013                    BERTRAND, FOX & ELLIOT

                                        By:    /s/ Michael Wenzel
                                               Michael C. Wenzel
                                               Attorneys for Defendant
                                               MENDOCINO-LAKE COMMUNITY
                                               COLLEGE DISTRICT

Dated: April 9, 2013                    LAW OFFICES OF SUSAN SHER

                                        By:    /s/ Susan Sher
                                               Susan Sher
                                               Attorneys for Plaintiff
                                               DUNCAN McMARTIN

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: April 9, 2013                    _____
                                        HON.
                                        United S...

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*United States District Court, Northern District of California*

2

STIPULATION TO DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
*McMartin v. Mendocino-Lake Community College*
U.S.D.C. Northern District of CA Case No. 3:12-cv-02446-JST